UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 24-5889-DMG (MAAx)** | Date | August 28, 2026 |
| Title | ***Lei Yu v. David M. Radel*** | Page | 1 of 1 |

Present: The Honorable DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| DEREK DAVIS | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED AS MOOT**

Per Defendant David M. Radel's Notice of Mootness of Action filed on December 15, 2025 [Doc. # 12], on June 25, 2025, United States Citizenship and Immigration Services adjudicated Plaintiff Lei Yu's asylum application, so Yu has received the relief she sought in her complaint. Therefore, Yu is ORDERED TO SHOW CAUSE in writing by **September 11, 2026** why the Court should not dismiss this case as moot. Yu's failure to file a timely satisfactory response will result in the dismissal of this action.

**IT IS SO ORDERED**.