**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LEI YU,

Plaintiff,

v.

DAVID M. RADEL,

Defendant.

Case No. CV 24-5889-DMG (MAAx)

**JUDGMENT OF DISMISSAL**

According to Defendant David M. Radel's Notice of Mootness of Action filed on December 15, 2025 [Doc. # 12], on June 25, 2025, United States Citizenship and Immigration Services adjudicated Plaintiff Lei Yu's asylum application, such that Plaintiff has received the relief she sought in her Complaint. Therefore, on August 28, 2026, this Court issued an Order to Show Cause in writing by September 11, 2026 why the Court should not dismiss this case as moot. [Doc. # 14.] In light of Plaintiff's failure to respond to the Order to Show Cause,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as moot.

DATED: October 29, 2026

DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE